585 A.2d 388

STATE OF NEW JERSEY v. CARL YOUNG, JR.

October 10, 1990.

Petition for certification denied.

585 A.2d 389

STATE OF NEW JERSEY v. ERIC JORGENSEN,
A/K/A GARY YOUNG.

October 10, 1990.

Petition for certification denied.  (See 241 *N.J.Super.* 345,
575 *A.*2d 31)

585 A.2d 389

STATE OF NEW JERSEY v. C.M.

October 10, 1990.

Petition for certification denied.

585 A.2d 389

STATE OF NEW JERSEY v. CARLOS VARONA.

October 10, 1990.

Petition for certification denied.  (See 242 *N.J.Super.* 474,
577 *A.*2d 524)